AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| MARIA COTRINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COOKIETREE LLC,<br><br>　　　　Defendant. | **DEFAULT JUDGMENT<br>IN A CIVIL CASE**<br><br>Case Number: 2:23-cv-00769-TC |

IT IS ORDERED AND ADJUDGED

That Default Judgment is entered in favor of Plaintiff Maria Cotrina and against Defendant Cookietree LLC in the amount of $315,213.60.

May 17, 2024                                    BY THE COURT:
_____
Date
　　　　　　　　　　　　　　　　　　　　　　_Tena Campbell_
　　　　　　　　　　　　　　　　　　　　　　Tena Campbell
　　　　　　　　　　　　　　　　　　　　　　United States District Judge